IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCIS MARTINEZ,

    Plaintiff,

v.

FOOD DANCE CAFE, INC.,

    Defendant.

Case No.: 1:16-cv-00577-RHB-PJG

Hon. Robert Holmes Bell

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT FOOD DANCE CAFÉ, INC.

NOW COME the parties, by and through the undersigned counsel, and hereby stipulate and agree to the dismissal of Plaintiff's Complaint, including all amendments thereto and all claims made therein, against Defendant, Food Dance Café, Inc., in its entirety with prejudice and without costs or fees to either party.

This is a final order and closes the case. The court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement as necessary.

IT IS SO ORDERED.

Date: August 31, 2016

/s/ Robert Holmes Bell
HON. ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

Date: August 26, 2016          /s/   George T. Blackmore
                               George T. Blackmore (P76942)
                               Attorney for Plaintiff


Date: August 26, 2016          /s/   Kurt P. McCamman
                               Kurt P. McCamman (P51477)
                               Attorney for Defendant

27357184.1\155637-00001